AUSA: Sarah Youngblood Telephone: (313) 226-9100
Special Agent: Matthew Totten - ATF Telephone: (313) 202-3400

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Two cellular devices seized on July 21, 2021, in the custody of the ATF<br>(more fully described in attachment A) | )<br>)<br>)<br>)<br>)<br>) | Case: 2:21-mc-51149<br>Judge: Cox, Sean F.<br>Case No. Filed: 09-03-2021 At 02:34 PM<br>IN RE: Two Cellular Devices(SW)(MLW) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the **Eastern** District of **Michigan**.
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B. - Violations of:

18 U.S.C. 922(a)(6) - False/Fictious statments in order to acquire a firearm/ammunition

**YOU ARE COMMANDED** to execute this warrant on or before **September 17, 2021** *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to **the presiding United States Magistrate Judge on duty**.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **September 3, 2021   5:22 pm**

*Judge's signature*

City and state: **Detroit, Michigan**   **Hon. Anthony P. Patti,   U. S. Magistrate Judge**
*Printed name and title*

## ATTACHMENT A
## PROPERTY TO BE SEARCHED

The property to be search, which is currently in the custody of the ATF at the ATF evidence room located at 1155 Brewery Park Boulevard, Suite 300, Detroit, Michigan, was seized by the Westland Police Department on July 21, 2021, in connection with SMITH's arrest for a carrying a concealed weapon. This property was turned over to ATF on July 22, 2021. This property is more fully described as one (1) white iPhone X, with a red and black case, and one (1) black iPhone 11 with a multicolored case (together referred to as the "Subject Cellular Devices").

## ATTACHMENT B
## DESCRIPTION OF INFORMATION TO BE SEIZED

1. Records and information on the Subject Cellular Devices that relate to violations of 18 U.S.C. §§ 922(a)(6) (false statement with respect to any fact material to the lawfulness of the sale or other disposition of a firearm) including:

   a. information showing preparatory steps taken in furtherance of the crimes identified above, evidence of involvement in these crimes, or co-conspirators in these crimes;

   b. information reflecting SMITH's efforts to acquire firearms, firearm parts, ammunition or weapons;

   c. photographs and/or video of firearms, firearm parts, or ammunition;

   d. records of communications regarding the acquisition, possession and disposition of firearms and ammunition; and

   e. location data for the period of February 21 – 27, 2021 and July 21, 2021.

2. Evidence of user attribution showing who used or owned the cellular telephone at the time the records and information described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

3. As used herein, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have

been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| | | |
|---|---|---|
|  | **AMENDED Return** | |
| Case No.:<br>2:21-mc-51149 | Date and time warrant executed:<br>9/7/2021  Time: N/A | Copy of warrant and inventory left with:<br>Attached to Seized Property/File USAO |

Inventory made in the presence of :
N/A

Inventory of the property taken and name of any person(s) seized:

Device 1: ATF Item 004 under ATF Investigation Number 774025-21-0044: One Apple iPhone X, IMEI # 354852094995566. T-Mobile SIM ICCID: 89012600629658922256.

Device 2: ATF Item 006 under ATF Investigation Number 774025-21-0044: One Apple iPhone 11, IMEI # 352910110535162. T-Mobile SIM ICCID: 89012600629653464402.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/07/2021

*Executing officer's signature*

Rohit Joshi, ATF
*Printed name and title*